IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PERRY GENE VANDERFORD,
    Plaintiff,

vs.                                      Case No. 3:11cv74/RV/EMT

R. TIFFT, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 2, 2011 (Doc. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 18th day of August, 2011.

                                            /s/ *Roger Vinson*
                                           **ROGER VINSON**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**